July 19, 2022

To whom it may concern,

I... Kristi Jo Moss Hodge report change that I'm on my way to North Carolina Correctional for Women in Raleigh, N.C., and also I enclosed more information that goes to case for #1:22-cv-00448-LCB-JEP Please stay connect with me at this address below and Thank you so much.

Kristi J. Hodge

Tranfer to Prison July 20th

NEW ADDRESS
Kristi Jo Moss Hodge
OPUS 0294858
1034 Bragg St
Raleigh, N.C. 27312

July 19, 2022

Lietuant Hayworth
Lietuant Rich
Lietuant McFayden
Sergant Craven

Those officers at Randolph Co Jail have refuse let me use phone tablet for deaf expect 4x with Lt Hayworth the rest of them never. They said it for appointment only they still voilate ADA to follow the rights equal use as hearing inmate use. Hearing inmate is not for appointment they can use what ever they wish for 10 am - 10 pm but for deaf we have no commuciate access for use. Also they refuse leet me see mental health due dont want to provide America Sign lanuge interrpter. So please help me I beliend that they should pay me for not using my commheiate access.

Kristi J. Moss Hodge
July 19, 2022

Regards To
Kristi Hodge
5-31-22 @ 6:35p

To whom this may concern, Kristi Hodge is hearing impaired and should have access to a Tablet and Interpreter when needed. She does not have access to a phone/Tablet like all the other inmates that can hear she has family friends and legal issues just like any of us. Also she was seen by medical staff and there was no interpreter to even make sure Ms. Hodge was fully in understanding and that she was able to get her medical needs fully took care of Also there should always be an interpreter for court & legal issues. I feel she needs to be treated just the same as everyone else she is no different than us or you. Ask your self how you would feel if this was your mom, Daughter or sister. Please put yourself in Kristi Hodges shoes & think how you would feel. We are all human + have feelings.

Thank you
Jennie Lee Ritchie
Jennie Ritchie
5-31-22

Attached is a paper w/ 14 signatures backing what I Jennie Ritchie wrote on 5-31-22 @ 6:35pm for Kristi Hodge.
Jen Ritchie

1. Destiny Harrison
2. Leearra L. Hurley
3. Mia Peeler
4. Kimberly Collins
5. Wendi Walters Graham
6. Jean Hurt
7. Rora Brown
8. Amanda (signature)
9. Courtney (signature)
10. Karen (signature)
11. Jessica Ellington
12. LaShanda (signature)
13. Kendra Johnson

Jeannie Ritchie
Jeannie Ritchie
5-31-22

*Pen use supervised*
*fc w/ phone*
4/18/22

# REQUEST FOR SERVICE

Inmates Name: Kristi Hodge   ID#: 3099

Date of Request: 4/18/22   POD: G   Bunk: 120

**COPY**

○ Service Request  ○ Speak to Officer  ○ Speak to Lawyer  ○ Maintenance Work Order

[Grievance]

**Describe Your Request Below**

By the ADA law that deaf or hard of hearing get their access to use deaf video on the phone and sign language interpter. By ADA must that deaf inmate get use 2x a day use deaf video and cannot avoid them to use by the ADA law. Also must have interpter when deaf inmate ask to request for meeting, arrest, magraiate or read miranda rights. I have already talk to Ms. Susan Pollitt attorney for N.C. Disability Rights she command me to keep up grievance and lack of Randolph Co. Jail for lack and denied my rights use deaf video & interpter. It will be taken action if continue injure my rights I have been here 1 week. And refuse let me have phone.

Signature: Kristi G. Hodge   Date: _____

Received By: Captain Vuncannon(?)   Date Received: 4-18-2022

You were booked into the jail on 4-14-2022. It is 4-18-2022. You have not even been here for 4 days yet. We do not have any problems allowing you to use the phone we have that will accommodate you in communicating with friends or family and your attorney.

This form is not for a grievance. If you need to file a grievance you need to request the appropriate form to do so. As far as your arrest, the magistrate and your Miranda Rights - the Randolph County Jail is not responsible for these matters. If you are grieving on these subjects you will need to address the grievance accordingly.

Thank you,
Captain Deal